

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Victoria Nicole Ustanik and Anthony Michael-Ross Ustanik and In the Interest of H.E.U. and J.M.U., Children

No. 06-22-00077-CV

Appeal from the 18th District Court of Johnson County, Texas (Tr. Ct. No. DC-D202101006). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED MAY 24, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk